1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Zero Cloud One Intelligent Technology (Hangzhou) Co., Ltd.,<br><br>Plaintiff,<br><br>v.<br><br>Flying Heliball, LLC And World Tech Toys, Inc.,<br><br>Defendants. | 2:24−cv−01699−JNW<br><br>~~[Proposed]~~ **Order Sealing Materials On Plaintiff Zero Cloud's Unopposed Motion To File Under Seal**<br><br>NOTICE ON MOTION CALENDAR<br>October 22, 2024 |

*Order Sealing Material* (No. 2:24-cv-01699)

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1  This matter, having come before the Court on the motion of Plaintiff Zero Cloud One
2  Intelligent Technology (Hangzhou) Co., Ltd. ("Plaintiff") Motion to File Under Seal pursuant to
3  Fed. R. Civ. P. 5(g), and the Court having considered the records and files as follows:

4     1. Plaintiff's Motion To File Under Seal;

5     2. ~~Defendants' Response, if any;~~

6     3. ~~Plaintiff's Reply; and~~

10  The Court being fully advised in the matter enters the following ORDER:

11  Plaintiff's Motion to File Under Seal is GRANTED.

12  Plaintiff may file unredacted versions of (1) the Declaration of Xiao Chen in Support of
13  Plaintiffs' Motion for Temporary Restraining Order ("Chen Declaration"); and (2) its Motion for
14  Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should
15  Not Issue ("Motion") under seal.

16     3. Plaintiff must file redacted versions of the Chen Declaration and Motion publicly.

17     4. Pending of an appropriate protective order in this matter, the unredacted version of the
18  Chen Declaration and Motion shall be viewed only by the Parties' outside counsel and may not
19  be viewed by any employee of Defendants.

21  DONE this 4th day of November, 2024.

24  The Honorable Jamal N. Whitehead

*Order Sealing Material* (No. 2:24-cv-01699)

- 1 -

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

**Certificate of Service**

I hereby certify that on the date of my signature below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties or their counsel of record who have appeared in this case.

In addition, per LCR 65(b)(1), pursuant to agreement reach on October 22, 2024 with Defendants' counsel Michael O'Brien to receive service of documents by email, I caused to be served via e-mail service a copy of the foregoing document upon the following persons who have not yet made an appearance in this matter (but intend to either today or tomorrow), but are the known counsel for Defendants with whom this matter arose:

>Michael O'Brien
>Aaron McKown
>MCKOWN BAILEY
>520 Newport Center Drive, Suite 470
>Newport Beach, California  92660
>(949) 858-3200
>mobrien@mckownbailey.com
>aaron@mckownbailey.com
>
>Brock Gravery
>Law Office of Brock Gavery
>1752 NW Market St
>Ste 930
>Seattle, WA 98107
>(206) 457-1679
>brock@brockgaverylaw.com

DATED: October 22, 2024         *s/ Ben M. Davidson*
                                Ben M. Davidson

*Order Sealing Material*
(No. 2:24-cv-01699)

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000