UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZERO CLOUD ONE INTELLIGENT TECHNOLOGY (HANGZHOU) CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> FLYING HELIBALL, LLC AND WORLD TECH TOYS, INC., <br><br> Defendants. | Case No.: 2:24-cv-01699 <br><br> [~~Proposed~~] ORDER GRANTING DEFENDANTS' MOTION TO SEAL <br><br> ~~NOTE ON MOTION CALENDAR: December 9, 2024~~ |

1  This matter, having come before the Court on the motion of Defendants Flying Heliball, LLC and World Tech Toys Inc.'s ("Defendants") Motion to File Under Seal pursuant to Fed. R. Civ. P. 5(g), and the Court having considered the records and files as follows:

1. Defendant's Motion To File Under Seal;

2. ~~Plaintiff's Response, if any;~~

3. ~~Defendant's Reply; and~~

The Court being fully advised in the matter enters the following ORDER:

Defendants' Motion to File Under Seal is GRANTED.

Defendant may file unredacted versions of (1) the Declaration of Kevork Kouyoumjian (2) a settlement agreement with Amazon; and (3) the memorandum of points and authorities under seal.

Defendants must file redacted versions of the Declaration of Kevork Kouyoumjian and the memorandum of points and authorities.

Pending of an appropriate protective order in this matter, the unredacted version of the Declaration of Kevork Kouyoumjian, the settlement agreement with Amazon, and the memorandum of points and authorities shall be viewed only by the Parties' outside counsel and may not be viewed by any employee of Plaintiff.

**IT IS SO ORDERED.**

Date: November 18, 2024

_____
Hon. Jamal N. Whitehead
UNITED STATES DISTRICT COURT